IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CR123 |
| vs. | : | U.S. Magistrate Judge Michael J. Newman |
| JARED TIMMONS, | : | |
| Defendant. | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Timmons, and for good cause shown, Defendant Timmons is placed on probation for a period of one (1) year pursuant to 21 U.S.C. § 844(a) on Count 1. The Court finds that Defendant Timmons has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Timmons on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Timmons: 1) participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include drug testing, at the direction of the probation officer; 2) participate in a mental health assessment/treatment at the direction of the probation officer; 3) the defendant shall not possess a firearm or other dangerous device. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Timmons' completion of the probationary period.

5/31/13

_____
Michael J. Newman
United States Magistrate Judge